# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | | | |
|---|---|---|---|---|
| V. | | | | **CRIMINAL COMPLAINT** |
| **Pedro Maya-Perez** | | *Principal* | | Case Number: |
| A202 075 095 | YOB: 1993 | the United Mexican States | | **M-14-1561-M** |

United States District Court
Southern District of Texas
FILED
AUG 14 2014
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 12, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jose Antonio Borja-Pena and Jose Luis Romero-Munguia, both citizen and national of El Salvador, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Donna, Texas to the point of arrest near Donna, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 12, 2014, Border Patrol Agents U. Parikh and R. E. Ortega were assigned to line watch duties near McManus Ranch located approximately .5 miles north of the river and approximately .89 miles east of the Donna, Texas Port of Entry. Agents responded to possible alien traffic near the area and were able to apprehend a group of seven subjects in the nearby brush. Agents Parikh and Ortega identified themselves as Border Patrol Agents and questioned the subjects as to their citizenship and immigration status. All subjects freely admitted to being illegally present in the United States. The group was then transported to the Weslaco Border Patrol Station in Weslaco, Texas for further processing.

**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint:    [X] Yes  [ ] No

*approved by*
*[signature]*

*[signature]*
Signature of Complainant

**Frediberto Hernandez    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 14, 2014                                                                    at    McAllen, Texas
Date                                                                                              City and State

*[signature: Dorina Ramos]*

Dorina Ramos                  , U. S. Magistrate Judge
Name and Title of Judicial Officer                                          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-1561-M**

**RE:**     **Pedro Maya-Perez**                                         **A202 075 095**

**CONTINUATION:**

**Principal Statement:**

Pedro Maya-Perez was read his Miranda Rights. Maya invoked his rights and did not wish to speak with Border Patrol Agents without an attorney present.

**Material Witness Statements:**

Both material witnesses were read their Miranda Rights and provided statements.

Jose Antonio Borja-Pena stated he illegally entered the United States by crossing the Rio Grande River on August 11, 2014. Borja stated that his cousin in Maryland paid $3,500.00 USD and was to pay another $3,500.00 USD once he safely arrived in Maryland. Borja further stated the foot guide told him to follow him and to hide if immigration tried to catch them. Borja claimed that he along with the other members of the group followed the foot guide for approximately one day until they were encountered by Border Patrol Agents. Borja positively identified, Pedro Maya-Perez on a photo lineup as the foot guide.

Jose Luis Romero-Munguia stated he entered the United States illegally on August 11, 2014 and that his father was the person who made his arrangements to be smuggled into the United States. Romero stated that the arrangements included a down payment of $3,500.00 USD and a second payment of $3,000.00 USD which was to be paid once he arrived at his final destination in North Carolina. Romero stated that he crossed the Rio Grande River among a group of approximately seven subjects including a foot guide. He stated that the foot guide instructed the group to follow him and if for any reason they were encountered by Border Patrol Agents they should hide. Romero stated that the group walked for approximately one day following the guide until they were encountered and apprehended by Border Patrol Agents. Romero positively identified, Pedro Maya-Perez on a photo lineup as the foot guide.